COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERNESTO RAMOS, | § | No. 08-09-00113-CR |
| Appellant, | § | Appeal from the |
| v. | § | 186th District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2005-CR-1727) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is a motion to dismiss filed by the Appellant pursuant to TEX.R.APP.P. 42.2(a). Appellant has personally signed the withdrawal of the notice of appeal and has filed it filed prior to the appellate court's decision. Further, Appellant filed a duplicate copy of the motion with this Court and that copy has been forwarded to the trial court clerk. Because Appellant has established compliance with the requirements of Rule 42.2(a), we dismiss the appeal.

September 30, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)